**GUO BING ZHENG, Petitioner,**

v.

**Alberto R. GONZALES,[1] Respondent.**

**No. 03–4315–AG.**

United States Court of Appeals, Second Circuit.

April 11, 2006.

Karen Jaffe, New York, New York, for Petitioner.

Because the Court did not receive a brief from the respondent within fifteen days of the May 21, 2004 due date specified in the scheduling order issued on March 2, 2004, this case has been decided without the benefit of respondent's brief. See Local Rule § 0.29(d), for Respondent.

PRESENT: Hon. JOHN M. WALKER, Jr., Chief Judge, Hon. RALPH K. WINTER, and Hon. ROSEMARY S. POOLER, Circuit Judges.

## SUMMARY ORDER

Guo Bing Zheng petitions for review of the January 2003 decision of the Board of Immigration Appeals ("BIA") affirming an immigration judge's ("IJ") denial of asylum, withholding of removal and relief under the Convention Against Torture ("CAT"). We assume the parties' familiarity with the facts and procedural history of this case.

Under current law, a petition for review must be filed in the judicial circuit in which the IJ completed proceedings. *See* 8 U.S.C. § 1252(b)(2). This provision applies to removal proceedings commenced after April 1, 1997. *See Henderson v. INS,* 157 F.3d 106, 117 (2d Cir.1998). Removal proceedings were commenced against Zheng in August 1999; therefore,

---

1. Pursuant to Federal Rule of Appellate Procedure 43(c)(2), Attorney General Alberto R. Gonzales is automatically substituted for former Attorney General John Ashcroft as the respondent in this case.

the venue provision of 8 U.S.C. § 1252(b)(2) applies in this case.

Because it is apparent from the record that the IJ completed proceedings in this case in Atlanta, Georgia, this action is transferred to the United States Court of Appeals for the Eleventh Circuit in the interests of justice. *See* 28 U.S.C. § 1631.